*Of Counsel* – Hyslip & Taylor LLC LPA
Art Matthews, Esq.
Email:  aem@matthewsfirm.net
Attorney for Plaintiff
1801 Century Park East, 24th Floor
Los Angeles, CA  90067
310-556-9620
Cal. Bar. No. 145232

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cristobalina Davis,<br><br>         Plaintiff,<br><br>v.<br><br>Portfolio Recovery Associates, LLC<br><br>         Defendant. | 2:14-cv-05667-JAK-MAN<br><br>**STIPULATION OF DISMISSAL** |

COME NOW, all parties of record that have made an appearance in this action and file this Stipulation of Dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii), all parties to bear their own attorney fees and costs.

Complaint - 1

RESPECTFULLY SUBMITTED,

Hyslip & Taylor, LLC, LPA


By:   s/ Art Matthews
          Plaintiff's Attorney

*Of Counsel* – Hyslip & Taylor LLC LPA
Art Matthews, Esq.
Email:  aem@matthewsfirm.net
Attorney for Plaintiff
1801 Century Park East, 24th Floor
Los Angeles, CA  90067
310-556-9620
Cal. Bar. No. 145232


Portfolio Recovery Associates

By: /s/ Sharina Romano
          Defendant's Attorney

Sharina T. Romano
Litigation Counsel
Office of General Counsel
Portfolio Recovery Associates
140 Corporate Boulevard
Norfolk, Virginia 23502
Cal Bar. No. 222643

Complaint - 2